1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 ROBERTO CARLOS                ) Case No.  CV 12-4219-MMM (DTB)
   MORALES,                      )
12                              )
                    Petitioner,  ) ORDER ACCEPTING FINDINGS,
13          vs.                   ) CONCLUSIONS AND
                                 ) RECOMMENDATIONS OF UNITED
14 BARNES, Warden,               ) STATES MAGISTRATE JUDGE
                                 )
15                  Respondent.  )
                                 )
16 _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

18 records and files herein, and the Report and Recommendation of the United States

19 Magistrate Judge.  No objections to the Report and Recommendation have been filed

20 herein.   The Court concurs with and accepts the findings, conclusions and

21 recommendations of the Magistrate Judge.

22        IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

23 and dismissing this action with prejudice.

24

25 Dated: September 10, 2013

26                                    _____
                                      MARGARET M. MORROW
27                                    UNITED STATES DISTRICT JUDGE

28

1