JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CARLOS MORALES,<br><br>          Petitioner,<br><br>vs.<br><br>BARNES, Warden,<br><br>          Respondents. | Case No. CV 12-4219-MMM (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 10, 2013

                                                          *Margaret M. Morrow*
                                                       MARGARET M. MORROW
                                                       UNITED STATES DISTRICT JUDGE