JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO CARLOS MORALES, | ) | Case No. CV 12-4219-MMM (DTB) |
| Petitioner, | ) | **J U D G M E N T** |
| vs. | ) | |
| BARNES, Warden, | ) | |
| Respondents. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 10, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1